CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRUCE DWAYNE BARNES, | ) | CASE NO. 7:10CV00544 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| WARDEN, POCAHONTAS STATE | ) | |
| CORRECTIONAL CENTER, | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that petitioner's motion under Fed. R. Civ. P. 60(b) (ECF No. 25) is **DENIED**; the motion to substitute counsel for the respondent (ECF No. 28) is **DISMISSED** as moot; the Rule 60(b) motion is hereby **CONSTRUED** as a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254, and the clerk **SHALL** docket it as such in a separate civil action.

ENTER: This 16th day of May, 2018.

/s/ Glen E. Conrad
Senior United States District Judge